```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```



1  **PERRY & SHAPIRO, L.L.P.**           Dated: June 16, 2010
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile           *Randolph J. Haines*
   (847) 627-8802 Facsimile           _____
4  AZNotices@logs.com, e-mail         **RANDOLPH J. HAINES**
   Christopher R. Perry, Bar #009801  **U.S. Bankruptcy Judge**
5  Jason P. Sherman, Bar #019999
   Attorney for JPMorgan Chase Bank, N.A.
6  [FILE 10-003587 CHE]

7
                    **UNITED STATES BANKRUPTCY COURT**
8                         **DISTRICT OF ARIZONA**

9   In re:                              Case # 2:10-bk-04615-RJH

10  DEBRA L. STAHL,                     Chapter 7 Proceedings

11         Debtor.
    ─────────────────────────
12  JPMorgan Chase Bank, N.A., its         **ORDER LIFTING**
    assignees and / or successors         **THE AUTOMATIC STAY**
13  in interest,
                Movant,                 Re: Real Property located at
14                                           7335 W. Vogel Ave
    v.                                       Peoria, AZ 85345
15  DEBRA L. STAHL, Debtor, and
    Chapter 7 Trustee Roger W.
16  Brown,
                Respondents.

17       The court finds that a Motion for Relief From the Automatic

18  Stay and a Notice of Filing of the Motion have been filed with

19  the Court and served upon interested parties in the above

20  captioned matter by JPMorgan Chase Bank, N.A., ("CHASE"), and

21  that good cause exists to grant the Motion for Relief;

22       **THEREFORE, IT IS ORDERED:**

23       **1.** CHASE, its assignees or successors-in-interest, is hereby

24  granted relief from all stays against lien enforcement including

ORDER LIFTING AUTOMATIC STAY           PAGE 1           CASE # 2:10-BK-04615-RJH

1 the automatic stay imposed under 11 U.S.C. § 362 and the
2 automatic injunction of 11 U.S.C. § 524(a) with reference to the
3 real property generally described as 7335 W. Vogel Ave, Peoria,
4 AZ 85345 and legally described as:

> LOT 77, PARK VIEW WEST UNIT 3, PER MAP RECORDED IN
> BOOK 209, PAGE 45 OF MAPS, IN THE OFFICE OF THE COUNTY
> RECORDER OF SAID COUNTY

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge